UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No.  2:12-cv-03154-JPH<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

BEFORE THE COURT is the magistrate judge's report**, ECF No. 30,** recommending the Court grant the parties' stipulated motion for remand. ECF No. 29. The parties have not consented to the magistrate judge's jurisdiction.

After consideration, IT IS HEREBY ORDERED:

1. The Magistrate Judge's Report and Recommendation, **ECF No. 30, is adopted in its entirety**.

2. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the

Page 1     ORDER ADOPTING REPORT AND RECOMMENDATION

Administrative Law Judge (ALJ) to: (1) conduct a new hearing, further develop the record and issue a new decision (2) reevaluate steps two and three of the sequential evaluation process (3) reevaluate Plaintiff's credibility pursuant to SSR 96-7p (4) reevaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p, and (5) reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, and forward copies to the parties and Magistrate Judge Hutton.

DATED this 12th day of March, 2014.

　　　　　　　　　　　　　　　　　　_s/Robert H. Whaley_
　　　　　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　　　　　　U.S. District Judge

Q:\RHW\aCIVIL\2012\dawnmiller.doc

Page 2    ORDER ADOPTING REPORT AND RECOMMENDATION