UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN MILLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. CV-12-03154-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered June 19, 2014, **ECF No. 36,** recommending Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, ECF No. 32, be granted. The Defendant has no objection to the amount of the request. ECF No. 35.

Having reviewed the Report and Recommendation, **ECF No. 36**, to grant Plaintiff's Motion for an award of attorney's fees pursuant to the EAJA, in the amount of $5,264.11, ECF No. 32, is **ADOPTED in its entirety**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and **CLOSE** the file.

DATED this 8th day of July, 2014.

　　　　　　　　　　　　　　　　　　*s/Robert H. Whaley*

　　　　　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　　　　Senior United States District Judge

ORDER - 1